# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-20500
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 17, 2014

Lyle W. Cayce
Clerk

MANNING NELSON ROLLERSON,

Plaintiff-Appellant

v.

CITY OF FREEPORT, TEXAS; FREEPORT POLICE DEPARTMENT;
CHRIS BRYANT; OTHER UNKNOWN POLICE OFFICERS OF THE
FREEPORT POLICE DEPARTMENT,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-1790

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Manning Nelson Rollerson sued the Defendants-Appellees for damages that he alleged resulted from an altercation between himself and Defendant-Appellee Bryant.  Rollerson filed this action in the district court claiming civil rights violations under 42 U.S.C. §1983, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-20500

violations of his constitutional rights under the Fourth, Fifth and Fourteenth Amendments. Defendants-Appellees sought dismissal under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, and Rollerson failed to respond. After granting the dismissal motion of Defendants-Appellees under Rule 12(b)(6), the district court ordered Rollerson to replead and amend his complaint. When Rollerson failed to do so, the district court dismissed his action with prejudice.

We have reviewed the facts as alleged and the applicable law as set forth in the briefs of the parties and in the extensive Opinion and Order rendered by the district court on May 16, 2013. As a result, we are convinced that the court committed no reversible error and, to the contrary, correctly decided the case under the circumstances. Accordingly, the Judgment of the district court is, in all respects,

AFFIRMED.